No. 61283.—The A. W. Fenton Co., Inc. v. United States, protest 149128–K (Cleveland).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of zinc similar in all material respects to that the subject of *M. W. Mack Metal Company* v. *United States* (26 Cust. Ct. 91, C. D. 1306), the claim of the plaintiff was sustained.